In the Matter of the Claim of WALTER COLEMAN, Respondent, against JAMES E. GREENBERG and DAVID GREENBERG, Doing Business as GREENBERG BROTHERS, and EAGLE INDEMNITY COMPANY, Appellants, and DAVID GREENBERG, Alleged Employer, and FIDELITY AND CASUALTY COMPANY, Respondents. STATE INDUS-

TRIAL BOARD, Respondent.— Award against Eagle Indemnity Company reversed, with costs against the State Industrial Board to Eagle Indemnity Company, on the ground that the policy of the Eagle Indemnity Company did not cover the place of the accident. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.